**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MICHAEL CIMINO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL A. DODSON and MASTERMIND, INC., formerly known as CO-CONNECT, INC.,<br><br>　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:22-CV-1925-WMR |

## J U D G M E N T

This action having come before the court, Honorable William M. Ray, United States District Judge, for consideration of defendant Daniel A. Dodson's motion to dismiss, and the court having granted said motion, and the remaining parties stipulated to dismissal, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 11th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　　s/Jill Ayers_____
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 11, 2024
Kevin P. Weimer
Clerk of Court

By:　　s/Jill Ayers_____
　　　　Deputy Clerk